## POSTON v. MORGAN-SCHULTHEISS, INC.

No. 281 PC

Case below: 46 NC App 321

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 15 August 1980.

## POTTS v. BURNETTE

No. 268

No. 108 (Fall Term)

Case below: 46 NC App 626

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 15 August 1980.

## QUATTRONE v. ROCHESTER

No. 285 PC

Case below: 46 NC App 799

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980.

## STAM v. STATE

No. 59

Case below: 47 NC App 209

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 15 August 1980.

## STANFORD v. OWENS

No. 258 PC

Case below: 46 NC App 388

Petition by defendants Owens, Yarbrough and Gwyn for discretionary review under G.S. 7A-31 denied 15 August 1980.